**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 133 MAL 2023

           Respondent        :

                       :  Petition for Allowance of Appeal
                       :  from the Order of the Superior Court

          v.               :

                       :

RYAN RIVERA,                 :

           Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.